30 So.2d 671

## ROBERSON v. STATE.

### 6 Div. 531.

Supreme Court of Alabama.
May 29, 1947.

James Love, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SIMPSON, Justice.

The appellant was duly indicted and tried on a charge of murder in the first degree. He was convicted of murder in the second degree, and received a sentence of thirty-

five years' imprisonment in the penitentiary. There is no transcript of the evidence and the appeal is on the record proper, which appears to be in all respects regular. Such being the state of the record and no errors appearing, the judgment must be affirmed.

Affirmed.

All the Justices concur.